# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

LEWIS ALTMAN, Jr.,

        Petitioner,

v.                                                          Case No. 09-CV-602

WARDEN BRADLEY HOMPE,

        Respondent.

_____

## ORDER

On June 17, 2009, petitioner Lewis Altman, Jr. ("Altman") filed a Petition for Writ of Habeas Corpus (Docket #1) pursuant to 28 U.S.C. § 2241. The case was assigned to Magistrate Judge Callahan, who, on July 20, 2009, issued a Report and Recommendation (Docket #3) recommending that the court dismiss Altman's petition. The court agreed with Magistrate Callahan that the merits of the petition warranted dismissal, but the court also found that jurisdiction was lacking as Altman was neither convicted in, nor presently confined in, the Eastern District of Wisconsin. The court accordingly ordered the petition dismissed for lack of subject matter jurisdiction. Altman has since filed a Motion for Reconsideration. (Docket #7). Once again, Altman has failed to demonstrate that the offenses for which he stands convicted occurred in the Eastern District of Wisconsin, or that he is in fact presently incarcerated in the Eastern District of Wisconsin.

Accordingly,

**IT IS ORDERED** that petitioner's Motion to Reconsider Dismissal (Docket #7) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 21st day of August, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge